PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
10/22/99
THOMAS K. KAHN
CLERK

_____

No. 98-2718

_____

(D.C. Docket No. CV 96-00763)

LINDA DENNO, as parent, legal guardian and
next friend for Wayne Denno,

Plaintiff-Appellant,

versus

SCHOOL BOARD OF VOLUSIA COUNTY, FLORIDA;
DENNIS ROBERTS, an individual, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(October 22, 1999)**

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and FORRESTER*,
District Judge.

_____
*  Honorable J. Owen Forrester, U.S. District Judge for the Northern District  of
Georgia, sitting by designation.

B Y T H E C O U R T:

Pursuant to the Eleventh Circuit Rules and Internal Operating Procedures associated with Fed.R.App.P. 35, the panel <u>sua sponte</u> VACATES the previously published panel opinion, 182 F.3d 780 (11th Cir. 1999), and orders panel rehearing. The Clerk will issue supplemental briefing instructions.